DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONATO CANCELENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> DONATO CANCELENO, <br><br> *Defendant*. | No. 1:07-cr-00202 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND MOTION FILING SCHEDULE; ORDER THEREON <br><br> Date:  January 7, 2008 <br> Time:  9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto and  through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant DONATO CANCELENO, that the Status Conference set for November 5, 2007 may be continued to January 7, 2008 at 9:00 a.m.  It is further stipulated that a new motion filing schedule may be set.  Motions may be filed on or before December 3, 2007; any response or opposition may be filed on or before December 24, 2007; and any reply thereto may be filed on or before December 31, 2007.  **The date currently set for status conference is November 5, 2007.  The requested new date is January 7, 2008.**

This request is made to allow time for investigation further efforts to reach a negotiated settlement in this matter.  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of

1  additional pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: November 1, 2007          By  /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 1, 2007          By /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DONATO CANCELENO


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 1, 2007**          /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference and Motion Schedule

2