DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONATO CANCELENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-cr-00202 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER THEREON |
| v. ) | |
| ) | Date:  January 28, 2008 |
| DONATO CANCELENO, ) | Time:  9:00 a.m. |
| ) | Judge: Honorable Anthony W. Ishii |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Donato Canceleno, that the status conference set for January 7, 2008 may be continued to January 28, 2008 at 9:00 a.m., or the soonest available date thereafter. **The date currently set for status conference is January 7, 2008.  The requested new date is January 28, 2008.**

The parties are negotiating a revised plea offer and this continuance is requested to allow time to complete the negotiations prior to the next status conference.  The parties agree that the delay resulting

///

///

///

from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                                                                      McGREGOR W. SCOTT  
                                                                                                      United States Attorney

DATED: January 3, 2008                                      By  /s/ Laurel J. Montoya  
                                                                                                LAUREL J. MONTOYA  
                                                                                                Assistant U.S. Attorney  
                                                                                                Attorney for Plaintiff

                                                                                                DANIEL J. BRODERICK  
                                                                                                Federal Defender

DATED: January 3, 2008                                      By  /s/ Eric V. Kersten  
                                                                                                ERIC V. KERSTEN  
                                                                                                Assistant Federal Defender  
                                                                                                Attorney for Defendant  
                                                                                                DONATO CANCELENO

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:**   **January 4, 2008**                      /s/ Anthony W. Ishii  
                                                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status  
Conference and Motion Schedule