DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONATO CANCELENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00202 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION FILING SCHEDULE; ORDER THEREON |
| v. | ) | |
| DONATO CANCELENO, | ) | Date: March 31, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant DONATO CANCELENO, that the Status Conference set for January 28, 2008 may be continued to March 31, 2008 at 9:00 a.m., or the soonest date thereafter that is convenient to the court. It is further stipulated that a new motion filing schedule may be set. It is requested that motions may be filed on or before February 25, 2008, and that any response or opposition may be filed on or before March 24, 2008. **The date currently set for status conference is January 28, 2008. The requested new date is March 31, 2008.**

Efforts to reach a negotiated settlement in this matter are ongoing but a motion scheduled is requested to allow for the filing of motions if these efforts are unsuccessful. The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of additional pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                  McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2008                         By  /s/ Laurel J. Montoya
                                                         LAUREL J. MONTOYA
Assistant U.S. Attorney
Attorney for Plaintiff

                                                DANIEL J. BRODERICK
Federal Defender

DATED: January 24, 2008                         By  /s/ Eric V. Kersten
                                                         ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
DONATO CANCELENO

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:**   **January 24, 2008**                   /s/ Anthony W. Ishii
                                                           UNITED STATES DISTRICT JUDGE