1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DONATO CANCELENO

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:07-cr-00202 AWI
                                    )
12              *Plaintiff*,        )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE AND ORDER THEREON
13      v.                          )
                                    )   Date:  May 27, 2008
14 DONATO CANCELENO,                )   Time:  9:00 a.m.
                                    )   Judge: Honorable Anthony W. Ishii
15              *Defendant*.        )
                                    )
16 _____  )

17

18      IT IS HEREBY STIPULATED by and between the parties hereto and through their respective

19 counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V.

20 KERSTEN, Assistant Federal Defender, counsel for defendant DONATO CANCELENO, that the Status

21 Conference set for March 31, 2008 may be continued to May 27, 2008 at 9:00 a.m., or the soonest date

22 thereafter that is convenient to the court. **The date currently set for status conference is March 31,**

23 **2008. The requested new date is May 27, 2008.**

24      This continuance is requested to allow further efforts to reach a negotiated settlement in this matter

25 and also to allow time for Mr. Canceleno to address ongoing medical issues. The parties agree that the

26 ///

27 ///

28 ///

1  delay resulting from the continuance shall be excluded as necessary for effective defense
2  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: March 26, 2008        By  /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 26, 2008        By  /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DONATO CANCELENO

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    March 27, 2008**              /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference and [Proposed] Order

2