1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DONATO CANCELENO

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:07-cr-00202 AWI
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE AND ORDER THEREON
13       v.                          )
                                     )   Date:  July 14, 2008
14  DONATO CANCELENO,                )   Time:  9:00 a.m.
                                     )   Judge: Honorable Anthony W. Ishii
15              Defendant.           )
                                     )
16  _____  )

17

18       IT IS HEREBY STIPULATED by and between the parties hereto and through their respective

19  counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V.

20  KERSTEN, Assistant Federal Defender, counsel for defendant, DONATO CANCELENO, that the Status

21  Conference set for May 27, 2008 may be continued to July 14, 2008 at 9:00 a.m., or the soonest date

22  thereafter that is convenient to the court. **The date currently set for status conference is May 27, 2008.**

23  **The requested new date is July 14, 2008.**

24       This continuance is requested to allow further efforts to reach a negotiated settlement in this matter

25  and also to allow time for Mr. Canceleno to address ongoing medical issues. The parties agree that the

26  ///

27  ///

28  ///

1  delay resulting from the continuance shall be excluded as necessary for investigation and effective defense
2  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

```
                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: May 20, 2008                          By   /s/ Laurel J. Montoya
                                                    LAUREL J. MONTOYA
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff


                                                    DANIEL J. BRODERICK
                                                    Federal Defender


DATED: May 20, 2008                          By  /s/ Eric V. Kersten
                                                    ERIC V. KERSTEN
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    DONATO CANCELENO
```

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    May 23, 2008**                     /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference and [Proposed] Order

2