DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONATO CANCELENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-cr-00202 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. ) | |
| DONATO CANCELENO, ) | Date: September 29, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, DONATO CANCELENO, that the Status Conference set for July 14, 2008 may be continued to September 29, 2008 at 9:00 a.m., or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 14, 2008. The requested new date is September 29, 2008.**

This continuance is requested to allow further efforts to reach a negotiated settlement in this matter and also to allow time to address ongoing medical issues. Mr. Canceleno has a doctor's appointment scheduled for July 11, 2008, at which time it is anticipated that back surgery will be scheduled. The requested continuance will allow for completion of the surgery and an initial period of recuperation.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

1  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                                   McGREGOR W. SCOTT
                                                                   United States Attorney

DATED: July 9, 2008                                 By   /s/ Laurel J. Montoya
                                                                    LAUREL J. MONTOYA
                                                                    Assistant U.S. Attorney
                                                                    Attorney for Plaintiff

                                                                  DANIEL J. BRODERICK
                                                                  Federal Defender

DATED: July 9, 2008                                 By  /s/ Eric V. Kersten
                                                                    ERIC V. KERSTEN
                                                                    Assistant Federal Defender
                                                                    Attorney for Defendant
                                                                    DONATO CANCELENO

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 11, 2008**                      /s/ **Anthony W. Ishii**
                                                 CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference and [Proposed] Order

2