```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Courthouse
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    NO: 1:07-cr-00202-AWI
                                 )
12              Plaintiff,       )    REQUEST BY THE UNITED STATES
                                 )    FOR DISMISSAL OF INDICTMENT
13         v.                    )    [Fed.R.Crim.Proc. 48(a)]
                                 )
14  DONATO CANCELENO,            )
                                 )
15                               )
                Defendant.       )
16  _____)
```

17       Comes now the United States, by and through its attorneys of
18  record, McGREGOR W. SCOTT, United States Attorney, and LAUREL J.
19  MONTOYA, Assistant United States Attorney, and request leave of
20  the Court to dismiss the Indictment in this case, as to the
21  above-named defendant, in the interest of justice.  The defendant
22  passed away on October 9, 2008.  In addition to being notified by
23  the defendant's attorney of his death, a copy of an incident
24  report detailing the defendant's death was obtained by Pre-Trial
25  //
26  //
27  //
28  //

                                  1

1 | Services Officer Jacob Scott and provided to the government.

2 | DATED: November 7, 2008               Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                     By:   /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                          Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

**Dated:   November 10, 2008**               **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE